# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Appellee**, ) | |
| ) | No. 14-4209 (L) |
| vs. ) | |
| ) | |
| **GASIM MANOFOV** ) | |
| **Appellant.** ) | |

## MOTION TO EXTEND TIME FOR BRIEFING

COMES NOW the Appellants, by and through counsel, Alan R. L. Bussard, as appointed counsel pursuant to the CJA, and respectfully moves this Honorable Court to extend the time for filing Appellant's Appendix and Opening Brief. In support of this motion, Appellant states as follows:

1. Pursuant to a Briefing Order dated April 18, 2014, Appellant's Appendix and Opening brief are due to be filed no later than May 23, 2014.

2. Undersigned counsel is a solo practitioner with a very heavy trial schedule between now and the end of June and would find it very difficult to satisfactorily complete the Appendix and Opening Brief within the time currently set forth in the Briefing Order.

3. Additionally, counsel has a much more complex Brief due on May 21, 2014, as a result of 16 days trials, motions, and sentencing.

4. Appellant therefore requests that the time for briefing be extended, and

that the due date of the Brief of appellant and JA be rescheduled to July 1, 2014.

5. Undersigned counsel is authorized to state that Harry Gruber, counsel for the United States consents to the requested relief.

WHEREFORE, for the above stated reasons, Appellant, requests, with the consent of the Government, that this Honorable Court extend the time for the filing of the Appendix and Appellant's Opening Brief to July 1, 2014.

                                                 Respectfully submitted,

                                                 /s/

                                               _____
                                               Alan R. L. Bussard, Esquire
                                               405 Allegheny Avenue
                                               Towson, Maryland 21204
                                               (410) 821-5589 telephone
                                               (410) 828-4120 facsimile
                                               *Counsel for Gasim Manafov*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2014, was electronically filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using CM/ECF, with a notice of said filing to the following:

Harry Gruber, Esquire
OFFICE OF THE U.S. ATTORNEY
36 S. Charles Street, Suite 400
Baltimore, Maryland 21201
*Counsel for Appellee*

/s/
_____
Alan R. L. Bussard, Esquire